IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-1-2BR

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | |
| v. ) | ORDER REFUNDING |
| ) | COPY AND CERTIFICATION FEES |
| Kevin D. Brown, ) | |
| Defendant. ) | |

This matter comes before the undersigned upon defendant Kevin D. Brown's multiple letters requesting certified copies of documents that the defendant has recently mailed to the court. The documents seek no relief from the court and do not appear to be related to defendant's case.

Accordingly, this office declines to certify the copies as requested. The undersigned finds that the defendant should be issued a refund in the amount of $17.00 for the certification and copy fees submitted. The Financial Unit is directed to refund the copy and certification fees in the amount of $17.00 to defendant Kevin D. Brown, #24968-056, Federal Correctional Complex - 2USP, P.O. Box 1034, Coleman, FL 33521.

Signed this the  30  day of July, 2015.

*Julie Richards Johnston*
Julie Richards Johnston
Clerk of Court