UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:05-CR-00001-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| KEVIN DWAYNE BROWN | ) |
| | ) |

This matter is before the court on defendant's 14 August 2015 filing entitled "The Great Writ of Habeas Corpus and/or Motion to Dismiss." (DE # 149.) Although it does not appear that defendant seeks any relief in regards to his conviction and sentence in this court, out of an abundance of caution the court will treat the document as a motion to vacate pursuant to 28 U.S.C. § 2255. Because defendant has previously filed a § 2255 motion, he must seek authorization from the Court of Appeals to file a second or successive § 2255 motion. 28 U.S.C. §§ 2244(b), 2255(h). Defendant's motion is DISMISSED WITHOUT PREJUDICE. The court finds that defendant has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of appealability is DENIED.

This 16 November 2015.

_____
W. Earl Britt
Senior U.S. District Judge