UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:05-CR-00001-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| KEVIN D. BROWN | ) |  |
|  | ) |  |

This matter is before the court on defendant's 25 March 2019 filing, which the court construes as a motion challenging the Bureau of Prisons' failure to award defendant good time credit. (DE # 183.) To obtain such relief, defendant must file a habeas corpus motion under 28 U.S.C. § 2241 in the district in which he is confined, the Southern District of West Virginia. See Metcalf v. Kallis, No. 3:17-CV-121, 2018 WL 6258901, at *3 (N.D.W. Va. June 14, 2018) (amended report and recommendation) ("A petition for writ of habeas corpus, pursuant to § 2241, . . . is intended to address the execution of a sentence . . . and must be filed in the district where the prisoner is incarcerated. Appropriate grounds to raise in a § 2241 motion include 'actions challenging . . . computation of good time or jail credits . . . .'" (citation omitted)), adopted, 2018 WL 4770843 (N.D.W. Va. Oct. 3, 2018), aff'd, 754 F. App'x 220 (4th Cir. 2019), petition for cert. filed, No. 18-7260 (U.S. June 14, 2019). Accordingly, defendant's motion is DENIED WITHOUT PREJUDICE. The Clerk is DIRECTED to send defendant a copy of this order and the authorized form for filing a § 2241 motion.

This 7 August 2019.

_____
W. Earl Britt
Senior U.S. District Judge