UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:05-CR-00001-2-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| KEVIN DWAYNE BROWN | ) |
| | ) |

This matter is before the court on defendant's letter dated 3 December 2019 requesting transfer of his "probation" to New Jersey. (DE # 240.) When defendant wrote the letter, he was incarcerated. He was released on 6 January 2020, apparently to the State of New Jersey pursuant to a detainer. (See id.) Because defendant is in state custody, his term of supervised release has not begun, and to the extent his letter could be deemed a motion, it is DENIED WITHOUT PREJUDICE. Upon defendant's release from state custody, he should report directly to the nearest United States Probation Office and discuss transfer of his supervised release with a probation officer. The Clerk is DIRECTED to mail a copy of this order to defendant in care of his girlfriend at the address provided in his letter.

This 17 January 2020.

_____
W. Earl Britt
Senior U.S. District Judge